**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

YOSTIN ALFREDO DELGADO-AQUINO,        CIVIL ACTION 1:25-CV-01755 SEC. P
#A249-492-623

VERSUS                                JUDGE JERRY EDWARDS, JR.

WARDEN, WINN CORRECTIONAL            MAG. JUDGE PEREZ-MONTES
CENTER, ET AL.

**O R D E R**

On November 12, 2025, a **PETITION FOR WRIT OF HABEAS CORPUS** was filed by Yostin Alfredo Delgado-Aquino. (Doc. No. 1) This document was signed by an attorney not admitted to practice before this Court. If admission cannot be accomplished by the attorney, a new signature page must be provided and signed by a member of the bar of this court. Mover was notified of this deficiency on November 14, 2025, but has failed to correct it.

Accordingly,

  **IT IS ORDERED** that the **PETITION FOR WRIT OF HABEAS CORPUS** (Doc. No. 1) filed by Yostin Alfredo Delgado-Aquino on November 12, 2025, be and is hereby stricken from the record and this case **CLOSED**.

Alexandria, Louisiana, this 27th day of November 2025.

_____
    JOSEPH H.L. PEREZ-MONTES
  UNITED STATES MAGISTRATE JUDGE